IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH C. DEFARIA,

    Petitioner,                    No. CIV S-05-2296 JAM KJM P

   vs.

J. MARSHALL, Warden, et al.,

    Respondents.             ORDER

                               /

        Petitioner has requested an extension of time to file and serve objections to the findings and recommendations filed July 24, 2008. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's request for an extension of time (docket no. 19) is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file and serve objections to the findings and recommendations filed July 24, 2008.

DATED: August 21, 2008.

                                                  U.S. MAGISTRATE JUDGE

/ke
defa2296.111